UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GINA YVETTE SCRUGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-933-J |
| ) | |
| STATE OF OKLAHOMA, *ex rel.*, THE ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff moves for leave to amend her Complaint and Defendant does not object. [Doc. No. 13]. The motion is GRANTED with MODIFICATION. In its prior Order, the Court noted that while Plaintiff listed five entities in the caption, she referred to those entities as a singular "Defendant" and Defendant Board of Regents of the University of Oklahoma responded in kind. [Doc. No. 12, n.1]. In her proposed First Amended Complaint, Plaintiff again lists numerous entities but uses the singular "Defendant" in the caption. In the body however, Plaintiff refers to "Defendants" in the plural. To avoid confusion, Plaintiff must correct this oversight before filing her First Amended Complaint. If these entities each represent a separate party, they must be sufficiently identified as such so that an attorney enters an appearance for each entity.[1] If they are collectively the same entity operating under the Board of Regents of the University of Oklahoma, Plaintiff should refer to a singular Defendant throughout the First Amended Complaint.

Plaintiff shall file the corrected First Amended Complaint no later than April 4, 2025.

---

[1] As it stands, no attorney has entered an appearance for Defendants "OU Health" or "OU Health Revenue Cycle Dept."

1

IT IS SO ORDERED this 31st of March, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

2